

ENTERED
05/28/2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 99-40059
§
Triad Home Renovators, Inc. §
§
§
Debtor(s). § Chapter 7   #84
§

### Order for Payment of Unclaimed Funds

Upon the application of Chris A. Stacy ~~& Associates, PC~~,

seeking payment of $ 7,927.65 representing funds previously unclaimed by

Chris A. Stacy & Associates, PC
1001 Fannin, Ste 270
Houston, TX 77002

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that Chris A. Stacy is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ 7,927.65 to:

Chris A. Stacy & Associates PC
1001 Fannin, Suite 270
Houston, TX 77002

Signed this ___ day of MAY 2 7 2010 , _____.

_____
United States Bankruptcy Judge